**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1265-17T2

KIMBERLY M. BOROZAN,

     Plaintiff-Respondent,

v.

MICHAEL J. BOROZAN,

     Defendant-Appellant.

_____

          Argued November 15, 2018 – Decided March 21, 2019

          Before Judges O'Connor and DeAlmeida.

          On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Morris County, Docket No. FM-14-1222-15.

          Daniel B. Tune argued the cause for appellant (Martin & Tune, LLC, attorneys; Daniel B. Tune, of counsel and on the brief).

          Respondent has not filed a brief.

PER CURIAM

Appellant having advised the court that he has withdrawn his appeal in this matter, the appeal is hereby dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

2